This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.

Mina Nami Khorrami
United States Bankruptcy Judge

Dated: February 24, 2025

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 2:24-bk-51435 |
| **Monica Clary,** | ) | Chapter 7 |
| | ) | Judge Nami Khorrami |
| Debtor. | ) | |

| | | |
|---|---|---|
| **Monica Clary,** | ) | |
| | ) | Adv. Pro. No. 2:24-ap-02071 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **United States Department of Education,** | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT JUDGMENT IN FAVOR OF PLAINTIFF, AS TO THE UNITED STATES DEPARTMENT OF EDUCATION ONLY, ON COMPLAINT (DOC 1) TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS**

**WHEREAS**, Monica Clary ("Plaintiff" or "Debtor") commenced the above-captioned bankruptcy case by filing a petition under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. ("Bankruptcy Code"); and

**WHEREAS**, the Debtor commenced the above-captioned adversary proceeding ("Adversary Proceeding") against the United States Department of Education by filing the Complaint to Determine Dischargeability of Student Loans, *see* Adv. Pro. Doc 1 ("Complaint"); and

**WHEREAS**, on December 5, 2024, the United States Department of Education ("Defendant" or "Education,") filed an Answer, *see* Adv. Pro. Doc 3, asserting, among other things, that Education held outstanding loans taken by Debtor; and

**WHEREAS**, by the Complaint, the Plaintiff seeks to discharge, pursuant to 11 U.S.C. § 523(a)(8), the student loan debt identified and described in the following table:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | DEBT MANAGEMENT AND COLLECTIONS SYSTEM | 2004-11-30 | $4,000.00 | FFEL STAFFORD UNSUB | Defaulted, Six Payments, Then Missed Payments | $3,776.00 | $1,130.00 | 9/26/2009 |
| 1 | DEPT OF ED/NELNET | 2004-09-07 | $2,625.00 | FFEL STAFFORD SUB | In Repayment | $2,227.00 | $584.00 | 4/8/2007 |

**WHEREAS**, the Plaintiff, pursuant to the November 17, 2022, Guidance for Department Attorneys Regarding Student Loan Bankruptcy Litigation, submitted to Education an Attestation in Support of Request for Stipulation Conceding Dischargeability of Student Loans ("Attestation"); and

**WHEREAS**, the Parties desire to amicably resolve the matters at issue in the Adversary Proceeding and, therefore, have agreed to enter into this Agreed Judgment.

**NOW, THEREFORE**, upon consideration of the Complaint and the stipulations contained herein, as well as the consent of the parties as evidenced by the endorsement below of the parties or their counsel, it is, by the United States Bankruptcy Court for the Southern District of Ohio ORDERED:

NSLDS Loans 1 and 2 ($6,003.00 in principal and $1,714.00 in interest), totaling $7,717.00 are DISCHARGEABLE.

**IT IS SO ORDERED.**

AGREED TO:

*/s/Tyler D Cope*
TYLER D COPE (0097411)
The Legal Aid Society of Columbus
1108 City Park Ave - Suite 100
Columbus, OH 43206
614-737-0176
Email: tcope@columbuslegalaid.org


KENNETH L. PARKER
United States Attorney

*/s/Joseph M. McCandlish*
JOSEPH M. MCCANDLISH (0073775)
Attorney for Defendant
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Office: (614) 469-5715
Fax: (614) 469-5240
joseph.mccandlish@usdoj.gov

Copies to:

Tyler D Cope, Attorney for Plaintiff
Joseph M. McCandlish, Attorney for Defendant United States Department of Education