**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 2:24-bk-51435 |
| **Monica Clary,** | ) | Chapter 7 |
| | ) | Judge Nami Khorrami |
| Debtor. | ) | |

| | | |
|---|---|---|
| **Monica Clary,** | ) | |
| | ) | Adv. Pro. No. 2:24-ap-02071 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **United States Department of Education,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF NON-SUBSTANTIVE CORRECTION TO DOC. 6

The United States of America gives notice to the Court that a Consent Judgment was filed containing the signature block with the incorrect United States Attorney's name.

Under Rule 60(a) of the Federal Rules of Civil Procedure, certain mistakes in a judgment or order may be corrected. The United States Attorney's Office was notified on February 18, 2025, that Kelly A. Norris assumed the position and responsibilities of Acting United States Attorney, and that Kenneth L. Parker had been terminated as United States Attorney for the Southern District of Ohio effective February 14, 2025. Mr. Parker was erroneously listed as United States Attorney in the signature line of the document identified above. To correct this stylistic error, Kelly A. Norris should be listed as Acting United States Attorney on that document and any other filed on or after February 15, 2025, through now.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

*/s/ Joseph M. McCandlish*
JOSEPH M MCCANDLISH (0073775)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone: (614) 469-5715
Fax: (614) 469-5240
Email: joseph.mccandlish@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 6, 2025, service of the foregoing was made by electronic filing with the Clerk of the United States Bankruptcy Court, using the CM/ECF system, which will send notification of such filing to the parties listed below:

Tyler D Cope, Attorney for Plaintiff

*/s/ Joseph M. McCandlish*
JOSEPH M MCCANDLISH (0073775)
Assistant United States Attorney
Email: joseph.mccandlish@usdoj.gov